# U.S. Department of Justice
# United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

RECEIVED
MAY 17 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Peter Pan Seafoods, Inc. | A00-303 CV |
| DEFENDANT | TYPE OF PROCESS |
| Evan Chunak, | Writ of Execution |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

KeyBank, N.A.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

101 W. Benson Blvd., Anchorage, Alaska 99503

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Elizabeth Pifke
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Please execute on all funds above the statutory exemption provided in AS 09.38.030 held in the name of or for Evan Chunak at KeyBank, N.A.

| Signature of Attorney or other Originator requesting service on behalf of: | XXX PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 257-5300 | DATE 4/14/06 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 4/18/06 |
|---|---|---|---|---|---|

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served (if not shown above): Diane Hagemeister Bank Rep.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 5/02/06  Time: 1:15 pm

Signature of U.S. Marshal or Deputy

| Service Fee $45 | Total Mileage Charges (including endeavors) 2 of 3 | Forwarding Fee | Total Charges $45 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: No funds

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

CASE NO.: A00-303 CV (HRH)

## RESPONSE TO LEVY

To United States Marshal:

You are notified that Key Bank, N.A. ( ) does (X) does not have money, personal property, credits, or debts belonging to Evan Chunak, SSN: _____, DOB: _____, in the amount of $ 142,853.10, of which $ 0 is being released to you. There is no other property of any kind belonging to judgment debtor in our possession or under our control.

**NO RECORD**

DATE: 5-3-06      SIGNATURE: /s/ Robert Rasch

(Type or Print Name) Robert Rasch

TITLE Clerk

**KeyBank National Association**
Judgment Processing Dept. (01-51-0314)
4910 Tiedeman Rd.
Brooklyn, OH 44144

---

Make checks payable to:
"CLERK OF COURT"
Note Case Number on the checks.
................................................

Mail "Response to Levy" & check to:
U.S. Marshals Service
222 W. 7th Avenue, #28
Anchorage, Alaska 99513

---

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

NOTICE OF LEVY - 3
88028v1 21281-133

Jon S. Dawson
Elizabeth S. Pifke
DAVIS WRIGHT TREMAINE LLP
701 West Eighth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Attorneys for Peter Pan Seafoods, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| Peter Pan Seafoods, Inc., | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. A00-303 CV (HRH) |
| v. | ) | |
| The Vessel EVA MARIE, Official No. 646978, in rem, and Evan Chunak and Evelyn Chunak, in personam, | ) | NOTICE OF LEVY |
| Defendants. | ) | |

To:   Key Bank, N.A.

YOU ARE HEREBY NOTIFIED that all money, stocks, bonds, personal property, credits and debts due or owing in your possession or under your control belonging to Evan Chunak, Social Security No. _____ not exceeding the sum of $142,853.10 (not including the service fee and interest amount shown below) is hereby levied upon by the attached Writ of Execution. Do not release said money, stocks, bonds, personal

property, credits and debts to anyone other than U.S. Marshal. You must complete the attached Response to Levy and return it to the U.S. Marshal's office within 24 hours pursuant to AS 09.40.060.

Date: _____

|  |  |  |
|---|---|---|
| Amount of Writ: | $_____ | RANDY M. JOHNSON<br>United States Marshal<br>District of Alaska<br>222 West 7th Avenue #28<br>Anchorage, Alaska 99513<br>(907) 271-5154 |
| Service Fee: | $_____ |  |
| Interest: | $_____ |  |
| Total Due: | $14,853.10 | By: /s/ *signature*<br>Deputy U.S. Marshal |

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

NOTICE OF LEVY - 2
88028v1  21281-133