**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Peter Pan Seafoods, Inc. | A00-303 CV |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Evan Chunak, SSN ███-██-████, DOB ██████ | PFD Writ of Execution |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Alaska Permanent Fund Dividend Office

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 616 E Street, Anchorage, Alaska 99501

RECEIVED FEB 02 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Elizabeth Pifke
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please execute against the Permanent Fund Dividend Office for Mr. Chunak's PFD check.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 257-5300   DATE: 4/14/06

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 4/18/06 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): 

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 4-27-06   Time: 1400 pm

Signature of U.S. Marshal or Deputy: RJM

3 of 3

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45 | $5 | | $50 | | |

**REMARKS:** Returned No funds

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

*Alaska Department of Revenue*
*Permanent Fund Dividend Division*
11-09-2006 No Payment Notification

| Date | | | Address | City | | Zip | Last Name | First Name | | PFD ALN | Case Number | Server |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20061109 | CLERK OF COURT | C/O U.S. MARSHAL | 222 W 7TH AVE #28 | ANCHORAGE | AK | 99513 | BLONDIN | RANDY | R | ███████ | 305CR92JDR | G0137 |
| 20061109 | CLERK OF COURT | C/O U.S. MARSHAL | 222 W 7TH AVE #28 | ANCHORAGE | AK | 99513 | CAMPBELL | SALLY | | ███████ | 302CR089 | G0137 |
| 20061109 | CLERK OF COURT | C/O U.S. MARSHAL | 222 W 7TH AVE #28 | ANCHORAGE | AK | 99513 | CHUNAK JR | EVAN | | ███████ | A00303CV | G0137 |
| 20061109 | CLERK OF COURT | C/O U.S. MARSHAL | 222 W 7TH AVE #28 | ANCHORAGE | AK | 99513 | DEHERRERA | JEFF | | ███████ | 3040116CV | G0137 |
| 20061109 | CLERK OF COURT | C/O U.S. MARSHAL | 222 W 7TH AVE #28 | ANCHORAGE | AK | 99513 | ELLIS | EDWARD | E | ███████ | 398CV00040HRH | G0137 |
| 20061109 | CLERK OF COURT | C/O U.S. MARSHAL | 222 W 7TH AVE #28 | ANCHORAGE | AK | 99513 | FRENCH | DAVID | B | ███████ | 303CR5JWS | G0137 |
| 20061109 | CLERK OF COURT | C/O U.S. MARSHAL | 222 W 7TH AVE #28 | ANCHORAGE | AK | 99513 | GOODSON JR | MORRIS | W | ███████ | 397SV00375HRH | G0137 |
| 20061109 | CLERK OF COURT | C/O U.S. MARSHAL | 222 W 7TH AVE #28 | ANCHORAGE | AK | 99513 | HOWEM | KEVIN | J | ███████ | 3040029MI | G0137 |
| 20061109 | CLERK OF COURT | C/O U.S. MARSHAL | 222 W 7TH AVE #28 | ANCHORAGE | AK | 99513 | KEITH | MARIA | T | ███████ | 303CR00088 | G0137 |
| 20061109 | CLERK OF COURT | C/O U.S. MARSHAL | 222 W 7TH AVE #28 | ANCHORAGE | AK | 99513 | KILONGAK JR | ROBERT | A | ███████ | 302CR80JWS | G0137 |
| 20061109 | CLERK OF COURT | C/O U.S. MARSHAL | 222 W 7TH AVE #28 | ANCHORAGE | AK | 99513 | KOSEDNAR | TIMOTHY | P | ███████ | 388CV000389JKS | G0137 |
| 20061109 | CLERK OF COURT | C/O U.S. MARSHAL | 222 W 7TH AVE #28 | ANCHORAGE | AK | 99513 | LONG | ROBERT | A | ███████ | A0544CV | G0137 |
| 20061109 | CLERK OF COURT | C/O U.S. MARSHAL | 222 W 7TH AVE #28 | ANCHORAGE | AK | 99513 | MCDANIEL | JEFFREY | B | ███████ | 397CV423 | G0137 |
| 20061109 | CLERK OF COURT | C/O U.S. MARSHAL | 222 W 7TH AVE #28 | ANCHORAGE | AK | 99513 | MERLY | ELEANOR | | ███████ | 491CV3 | G0137 |
| 20061109 | CLERK OF COURT | C/O U.S. MARSHAL | 222 W 7TH AVE #28 | ANCHORAGE | AK | 99513 | MORRIS | RAY | L | ███████ | 302105 | G0137 |
| 20061109 | CLERK OF COURT | C/O U.S. MARSHAL | 222 W 7TH AVE #28 | ANCHORAGE | AK | 99513 | ROWAN III | EDWIN | J | ███████ | A03MI015JWS | G0137 |

# NOTICE OF LEVY ON ALASKA PERMANENT FUND DIVIDEND
## BY A COURT WRIT

**To:** State of Alaska
Department of Revenue
Permanent Fund Dividend Division

**From:** U. S. Marshal
222 W 7th Ave #28
Anchorage, AK 99513-7504
Phone (907) 271-5154

*- For PFD Division Use Only -*

*PFD Server Code*

# G0137

Location _____

Priority _____

☐ Check here if you are adding or correcting information from a previously submitted notice of levy. Date of previous notice _____.
*Highlight information being corrected or added.*

Case type must be one of the following:
CI (Civil)
CN (Child In Need of Aid)
CP (Children Proceeding)
CR (Criminal)
DL (Delinquency)
DR (Domestic Relations)
DV (Domestic Violence)
PR (Probate)
SC (Small Claims)

**Case Number**   A  -  00  -  303      CV
            Location Code  Year  Case Number   Case Type

*Example:* 1JU-02-01234 CI

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

**Judgment Debtor Name**  Evan Chunak

***AKA or Alias***

**Social Security Number**  [redacted]

**Date of Birth**  [redacted]

**Amount of Writ**  $ _____
**Service Fee**  $ _____
**Interest to October 15**  $ _____
**Total Due**  $ 142,853.10

**Service Agent**
Signature: [signature]           Date: 8-29-06
Printed Name:                    Title: DUSM

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.

NOL New (1/03)                                   www.pfd.state.ak.us