

**United States Department of Justice**
United States Marshals Service
*District of Alaska*

Federal Building and U.S. Courthouse
222 West 7th Avenue  #28, Room 170
Anchorage, Alaska   99513-7568

Memorandum To:  US District Court for the District of Alaska

From:  U.S. Marshals Service

Subject:  **A00-303CIV** Original Writ of Execution

Date:  January 28, 2008

RECEIVED
JAN 29 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

The attached original writ is being returned to your office.  No further action will be take on this writ.  All process has been previously returned to the Clerk of Court.

Linda M. Cranmer
Civil Administrator/
Purchasing Agent

RECEIVED
U.S. MARSHALS SERVICE
ALASKA

MAY 1 0 2005

2005 MAY 11 PM 2:05

ORIGINAL

Jon S. Dawson
Karmyn A. Olmstead
DAVIS WRIGHT TREMAINE LLP
701 West Eighth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Attorneys for Peter Pan Seafoods, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Peter Pan Seafoods, Inc., ) | |
| ) | |
| Plaintiff, ) | Case No. A00-303 CV (HRH) |
| ) | |
| v. ) | |
| ) | |
| The Vessel EVA MARIE, Official ) | |
| No. 646978, in rem, and Evan Chunak ) | |
| and Evelyn Chunak, in personam, ) | |
| ) | |
| Defendants. ) | WRIT OF EXECUTION |
| ) | |

TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA

On February 23, 2001, a judgment was entered in the docket of the above-entitled court and action, in favor of Peter Pan Seafoods, Inc. as judgment creditor, and against Evan Chunak as judgment debtor, for:

Principal            $ 124,765.25  ,

Attorney's fees      $      0     ,

Interest             $      0     , and

| | | |
|---|---|---|
| 1 | Costs | $_____0_____, for a total amount of |
| 2 | | $124,765.25    JUDGMENT AS ENTERED |

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

$   21,151.90   accrued interest; and

$_____0_____ accrued costs, for a total of

$   21,151.90   ACCRUED INTEREST AND COSTS

CREDIT has already been given for payments and partial satisfactions in the amount of $10,367.52 which was first credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of $136,889.06 ACTUALLY DUE on May 5, 2005, the date of the request for issuance of this writ, of which $115,737.16 is due on the judgment as entered, and bears interest at 4.61% per annum in the amount of $14.62 PER DAY, from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the personal property of the said debtor in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be found, then you are further commanded to make the amount of said judgment, interest, and increased costs out of his real property.

WRIT OF EXECUTION – 2
82676v1 21281-133

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

HEREIN FAIL NOT, and have you then and there this writ.

DATED May 11, 2005                    IDA ROMACK, Clerk.

By: Redacted Signature
Deputy Clerk

WRIT OF EXECUTION – 3
82676v1  21281-133